**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MYLAN PHARMACEUTICALS INC.**<br>**and MATRIX LABORATORIES LTD.,**<br><br>    **Plaintiffs,**<br><br>       **v.**<br><br>**UNITED STATES FOOD AND DRUG**<br>**ADMINISTRATION,**<br><br>    **Defendant,**<br><br>          **and**<br><br>**RANBAXY LABORATORIES LIMITED,**<br><br>    **Intervenor-Defendant.** | **Civil Action No. 11-566 (JEB)** |

**ORDER**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, the FDA's Motion to Dismiss, Ranbaxy's Motion to Dismiss, the parties' memoranda, the applicable law, the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, the Court hereby **ORDERS:**

1) Defendants' Motions to Dismiss are GRANTED;

2) Plaintiffs' Motion for Preliminary Injunction is DENIED; and

3) Judgment is ENTERED in favor of Defendants.

**SO ORDERED**.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  May 2, 2011